UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

 MAYRA ACEVEDO,

                         Plaintiff,                    24 **CIVIL** 8280 (JCM)

    -v-                                                 **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated June 26, 2025, this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, the opportunity for a new hearing, and issuance of a new decision. See Shala/av. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      June 27, 2025

                                                         **TAMMI M. HELLWIG**

                                                          **Clerk of Court**

                               **BY:**

                                                          **Deputy Clerk**